UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| H.I.D.R., et al., <br><br>    Petitioners-Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br>    Respondents-Defendants. | No. 1:25-CV-060-H |

## ORDER

Before the Court is the petitioners' unopposed motion to proceed under pseudonyms. Dkt. No. 7. Given the sensitive and personal information about their immigration status and histories in this case, the Court grants the motion (Dkt. No. 7). The petitioners may proceed under the pseudonyms H.I.D.R. and O.A.S.

So ordered on April 22, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE