UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

H.I.D.R., et al.,

    Petitioners-Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    Respondents-Defendants.

No. 1:25-CV-060-H

### ORDER

Before the Court is the petitioners' unopposed motion to hold this case in abeyance pending a decision on class certification in No. 1:25-CV-059-H, *W.M.M., et al. v. Trump, et al.* Dkt. No. 27. For the reasons stated in the motion, the motion is granted. This case is stayed pending a decision on class certification in *W.M.M.* and pending further order of the Court in this case.

So ordered on April 30, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE